

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00924-CR

Rudy **DELGADO**, Sr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-07-0141-CRA
Honorable Russell Wilson, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 19, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court